# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | SHIRLEY & JOHN WINSTON STONE |
| Case Number: | 2:21-BK-01383-DPC   Chapter: 13 |
| Date / Time / Room: | MONDAY, MARCH 22, 2021 10:00 AM   6TH FLOOR #603 |
| Bankruptcy Judge: | DANIEL P. COLLINS |
| Courtroom Clerk: | RENEE BRYANT |
| Reporter / ECR: | N/A |

## Matter:

DEBTORS EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION FOR LANDLORD/DISPUTED CREDITOR'S AUTOMATIC STAY VIOLATIONS AND MOTION FOR SANCTIONS AND DAMAGES.

R / M #:   23 / 0

## Appearances:

CHRISTOPHER RUSSELL WALKER, ATTORNEY FOR REOMJB, LLC
SHIRLEY STONE, DEBTOR
JOHN WINSTON STONE, DEBTOR
JODI NOLAN, LANDLORD

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:21-BK-01383-DPC          MONDAY, MARCH 22, 2021 10:00 AM

## *Proceedings:*

Mr. Stone reports that he received Mr. Walker's response on Saturday, and he filed a reply with the Court this morning. He asks if the Court would like some time to allow the parties to review the document he filed today. He outlines the evidence that he included in his reply. Mr. Stone argues the landlord was aware of the bankruptcy.

The Court asks Mr. Stone if the eviction proceeding has been dismissed in the Justice Court?

Mr. Stone responds to the Court's question.

Mr. Walker reports the Justice Court matter has been dismissed. He confirms there is no pending eviction proceeding. He addresses why his client proceeded with the eviction, knowing that the Debtors were in bankruptcy. He was contacted by his client on March 1, 2021, advising a bankruptcy was filed. His office searched pacer was unable to find a case bankruptcy for the Debtors. He reports he immediately moved to dismiss the Justice Court action once he became aware of the bankruptcy. Mr. Clark agrees the stay has been violated; however, there has not been any harm or damages. He would like the Court to consider his client's state of mind. Mr. Clark has read the reply but has not had a chance to review it with his client.

Mr. Stone outlines the type of damages this has caused and the amount. He asks that the Court go through his reply before a decision is made.

The Court explains to Mr. Stone a trial will be needed and when he will be ready to present evidence.

Mr. Stone believes he can be ready in two weeks and believes he can present his case in an hour.

Mr. Walker can be ready for trial in 2-3 weeks. He believes the Debtors have a balance in excess of 14k that can be absolved in lieu of having a trial.

COURT: IT IS ORDERED ESTABLISHING APRIL 5, 2021, AS THE DEADLINE FOR MR. WALKER TO PROVIDE A DRAFT OF THE JOINT PRE-TRIAL STATEMENT TO THE DEBTORS. IT IS ORDERED ESTABLISHING APRIL 13, 2021, AS THE DEADLINE FOR THE DEBTOR'S TO PROVIDE THEIR INPUT ON THE JOINT PRE-TRIAL STATEMENT. IT IS ORDERED ESTABLISHING APRIL 19, 2021, AS THE DEADLINE TO FILE THE JOINT PRE-TRIAL STATEMENT WITH THE COURT. IT IS FURTHER ORDERED SETTING A TWO HOUR TRIAL FOR APRIL 27, 2021 AT 10:00 A.M.

**FOR ALL MATTERS SET FOR HEARING ON APRIL 27, 2021, AT 10:00 AM, PARTIES ARE DIRECTED TO APPEAR BY VIDEO CONFERENCE USING THE FOLLOWING ZOOM LINK:**

**ZOOM** <htps ://www.zoomgov.com/j/1612198784?pwd=cDB1bW1yTE5FRkxDcnVucm5lMGtZdz09>

**Meeting ID:** 161 219 8784
**Passcode:** 662045

NOTICE SENT THROUGH THE
BANKRUPTCY NOTICING CENTER "BNC"
TO THE FOLLOWING:

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:21-BK-01383-DPC          MONDAY, MARCH 22, 2021 10:00 AM

SHIRLEY STONE
JOHN WINSTON STONE
8618 W. FAIRMOUNT AVENUE
PHOENIX, AZ 85037