# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SHIRLEY & JOHN WINSTON STONE |
| **Case Number:** | 2:21-BK-01383-DPC  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 17, 2021 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RENEE BRYANT |
| **Reporter / ECR:** | N/A |

## Matters:

1) MOTION TO MODIFY STAY FILED BY REOMJB
   R / M #:   0 / 0

2) DEBTORS' RESPONSE TO MOTION TO MODIFY STAY.
   R / M #:   0 / 0

## Appearances:

JOHN WINSTON STONE, PRESENT
CHRISTOPHER WALKER, ATTORNEY FOR REOMJB LLC

## Proceedings:

The Court asks Mr. Walker if he has had a discussion with Debtor about when he will be vacating the property.

Mr. Walker states the parties are at an impasse and cannot agree on a date to vacate.

Mr. Stone explains they are in the process of locating a residence. He was under the impression that both parties agreed they would have until July 12, 2021, to find a new place. He outlines his proposal to Mr. Walker and their efforts to find a new home. Mr. Walker states they will abide by the Court's order.

Mr. Walker states his client wants to get paid and some finality. If Mr. Stone can provide a date that he will vacate, Mr. Walker is fine putting that into an order. Mr. Walker states that his client would like Mr. Stone to vacate the property by the close of business on July 17, 2021.

The Court informs Mr. Stone that it did not indicate July 12, 2021, was the date.

COURT:  IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY EFFECTIVE JULY 17, 2021.  IT IS ORDERED GRANTING THE RULE 6004 WAIVER.  ON JULY 18, 2021, OR AFTER REOMJB, LLC IS AUTHORIZED TO ENFORCE ITS RIGHTS AS THE LANDLORD.  THE COURT INSTRUCTS MR. WALKER TO UPLOAD A FORM OF ORDER.