SO ORDERED.

Dated: July 7, 2021

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 Proceedings |
| Shirley Stone and John Winston Stone, | Case No: 2:21-bk-01383-DPC |
| Debtors. | Adversary No. 2:21-ap-00136-DPC |
| John Winston Stone and Shirley D. Stone, | |
| Plaintiffs, | **ORDER** |
| v. | |
| REOMJB LLC, an Arizona foreign limited liability company; Michael Bickford; Jodi Nolan; and Christopher Walker, | |
| Defendants. | |

On July 6, 2021, John Winston Stone and Shirley D. Stone ("Plaintiffs") filed a motion ("Motion") (Admin. DE 87) for additional time to find an attorney and an extension of time to respond. Although the Plaintiffs' Motion was filed in the administrative file in this case (not this adversary proceeding), it appears they are referring to their time to file responses to the motion to dismiss ("Walker Motion") filed in this adversary proceeding by Defendant Christopher Walker (AP DE 5) and the motion to dismiss ("REOMJB Motion") filed by Defendants REOMJB LLC, Michael Bickford and Jodi Nolan (AP DE 7), also in this adversary proceeding. The Court having reviewed the Motion, and good cause appearing therefore,

**IT IS ORDERED** granting the Motion. Plaintiffs shall have until **July 19, 2021** to file and serve responses to the Walker Motion and to the REOMJB Motion.

**DATED AND SIGNED ABOVE.**

To be Noticed through the BNC to:

John W. Stone
Shirley D. Stone
8618 W. Fairmount Ave.
Phoenix, AZ 85037

Paul J. McGoldrick
Shorall McGoldrick Brinkmann
1232 E. Missouri Ave.
Phoenix, AZ 85014
Attorneys for Defendant Christopher Walker

Shane D. Buntrock
Buntrock Harrison Gardner
2158 N. Gilbert Rd., Suite 119
Mesa, AZ 85203
Attorneys for Defendants REOMJB, LLC,
Michael Bickford and Jodi Nolen