John W. Stone
Shirley D. Stone
8618 W. Fairmount Avenue
Phoenix, AZ 85037
480-651-2423
Debtors/Pro Per

FILED

JUL 19 2021

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>JOHN W. STONE and<br>SHIRLEY D. STONE<br><br>Debtors<br><br>Vs<br><br>REOMJB LLC | CHAPTER 13<br>CASE NO. 2:21-01383 DPC<br><br>DEBTORS' NOTICE OF EMERGENCY MOTION FOR THIS COURT TO USE ITS MANDATORY STATUTORY MINISTERIAL DUTY, AS PER FED. R. CIV. P. 60(B)(4)-(6), TO VACATE ITS OWN LIFT STAY ORDER; TO VACATE JUDGE MARLAR'S SEPTEMBER 6,2005 ORDER LIFTING THE AUTOMATIC STAY; AND JUDGE LEX ANDERSON'S SEPTEMBER 7,2005 ORDER OF EVICTION; AND DEBTORS' MOTION FOR THIS COURT TO PROVE THIS COURT'S JURISDICTION OVER THE DEBTORS, AND DEBTORS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS, IN THE INTEREST OF JUSTICE AND TO PREVENT THE FURTHERANCE OF A MISCARRIAGE OF JUSTICE. |
|---|---|

Comes now debtors' notice of debtors' emergency motion for this court to use its mandatory statutory ministerial duty, as per Fed. R. Civ. P. 60(b)(4)-(6), to vacate its own lift stay order; to vacate judge Marlar's September 6,2005 order lifting

1

the automatic stay; and judge lex Anderson's September 7,2005 order of eviction; and debtors' motion for the court to prove this court's jurisdiction over the debtors, in the interest of justice and to prevent the furtherance of a miscarriage of justice.

By: _____
      John W. Stone

John W. Stone
Shirley D. Stone
8618 W. Fairmount Avenue
Phoenix, AZ 85037
480-651-2423
Debtors/Pro Per

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | CHAPTER 13 PROCEEDING |
|---|---|
| JOHN W. STONE | CASE NO. 2:21-01383 DPC |
| Debtor | DEBTORS' EMERGENCY MOTION FOR THIS COURT TO USE ITS MANDATORY STATUTORY MINISTERIAL DUTY AS PER FED. R. CIV. P. 60(B)(4)-(6), TO VACATE ITS OWN LIFT STAY ORDER; TO VACATE JUDGE MARLAR'S SEPTEMBER 6,2005 ORDER LIFTING THE AUTOMATIC STAY; AND JUDGE LEX ANDERSON'S SEPTEMBER 7,2005 ORDER OF EVICTION; AND DEBTORS' MOTION FOR THE COURT TO PROVE THIS COURT'S JURISDICTION OVER THE DEBTORS, AND DEBTORS' RESPONSE TO BOTH DEFENDANTS' MOTION TO DISMISS. IN THE INTEREST OF JUSTICE AND TO PREVENT THE FURTHERANCE OF A MISCARRIAGE OF JUSTICE. |
| vs | |
| REOMJB, LLC, | |
| Respondent | |

With all due respect to the Court, the Movement of Black Lives Matter and their mission is on the same page as what continues to be unjustly served-up to the Black debtors'.

Black Lives Matters is an ideological and political intervention in a world where Black Lives are systematically and intentionally targeted for demise.

1

The defendants' as wanted felons have absolutely NO Standing before this Court, Arizona State Courts, including justice courts, to enter civilly until they are prosecuted for their, ongoing, crimes that reach back to 2005.

It appears that these defendants' have been assured by many high-ranking government officials that they are part of a privileged White Class that has a green light to commit crimes against the Black unprivileged and others without facing any consequences. The unimpeachable evidence that proves exactly is mountainess.

Any granting of any benefit to the defendants', including their motions to dismiss, cannot be lawful. Especially given the fact of the causes of action against them that this Court through it's own representations has ordained.

This Court has been summoned by the defendants' to rule contrary to it's own orders finding them guilty of intentionally and recklessly violating the automatic stay on several occasions, as clearly set-forth in their pleadings and representations to the Court(s).

What is legally inferred from this Court's rulings is set-forth in the debtors' pleadings and representations to this Court. This Court has absolutely NO jurisdiction to excuse the defendants' gross willful criminal conduct. That criminal conduct cannot be used to dismiss anything. They are still

2

committing those crimes, as continuing, against and in the face of this court, Country Meadows Justice Court, and the debtors'.

This Court, by it's own orders and representations, as per law, has already found the defendants' guilty of deviously orchrestrating their scheme to defraud this Court and the Arizona State Country Meadows Justice Court, and fraud on both Courts, records fraud on both courts, false representations made on both Courts, mail, wire, and cyber, bankruptcy, frauds, and blocking access to justice. They are guilty of Arizona wrongful eviction and CDC orders, and so much more.

This Court's jurisdiction cannot exist when its actions are subsequent actions of and to Judge Marlar's September 6, 2005, lift stay order that is as a matter of law and fact Void.

This Court should be fully aware that as per law, the void order automatically returns the debtors to their chapter 11 status, including the automatic stay protections, of September 6, 2005.

Judge Collins when any US citizen is stripped of their due process and literally held-down and forced to abide by void unlawful court orders, are they to be whipped with misapplied defenses like res judacata and vexatious litigant. Yet, that is exactly what the debtors have been and are still experiencing.

The debtors may be Black but shouldn't they be served equal treatment as the White privileged receive. The Debtors have

3

experienced a racism that is steeped in Arizona's Courts with an indifference that has been allowed to flourish in Arizona's Justice System.

If the attorneys and judges that have done what these attorneys and judges continue to do were Black, make no mistake about it, they would be disbarred, removed from office and thrown under the jail.

In order to protect others from these traitors of the US Constitution and corresponding laws for equality of law, the debtors are delivering this pleading along with other documents to court's and law enforcement agencies in Arizona, California, and other states.

The debtors would like this Court to follow the law, just as its colleagues, Judges McMurdie and Hayworth, in rendering the September 6, 2005 and September 7, 2005 orders, as being void). (SEE EXHIBITS **1**-Judge Marlar's September 6, 2005 order; **2**-Lex Anderson's, September 7, 2005 order; **3**-Judge Hayworth's June 20, 2008 order; and **4**-Judge McMurdie's December 10, 2008 order.

The fact that Judge Hayworth and Judge McMurdie were coerced to vacate their valid orders and enforce again the void orders of Judges Marlar, and Anderson is egregious and reprehensible, just as any judge to follow in their footsteps.

4

The judges involved in doing this high-level of denying the Stones' justice know exactly who they are and what they did. Not one of the judges involved in perverting justice here should get-away with using the People's Courts to undo justice as their acts evidence. They continue to rape "Lady Justice" by delivering unjust void and illegal orders colored to appear valid and just. They must be held accountable and made to answer for the last 16-years that they have denied the debtors' justice.

As a matter of fact, and law, these wrong-doers are boxed-in and have been and will continue to find like-minded colleagues to join their crime-spree against American Justice in all or any form. They can't stop!!!

The traitors only wish that the two-gunmen that were convicted of trying to murder Stone because of the colored and defamatory court public record they read, would not have missed.

The same colored and defamatory public court records are still being facilitated with their hope that the next time the gunmen won't miss.

Debtors ask this court to please review and examine the debtors' Arizona State Appellate Court Brief and exhibits, filed with Judge McMurdie, on September 2, 2008, which are filed with this pleading in the debtors' book, "A RAPING TO BUY JUSTICE", as Exhibit 5. Please apply to and with this pleading the same

5

Case 2:21-bk-01383-DPC   Doc 93   Filed 07/19/21   Entered 07/20/21 12:03:11   Desc
Main Document    Page 7 of 16

Statutes, Laws, Rules, Procedures, case law and points and authorities that are in Exhibit 5.

This Court owes nothing to the 30+ judges, attorneys, and others, that are still advocating the illegal void orders as valid and enforceable.

Attorney Scott M. Clark by his own admissions, circumvented the provisions listed in Marlar's September 6, 2005 lift stay order, by intentionally forgoing Arizona eviction statutes, laws, rules, and procedures. Clark did not even let the ink dry on Marlar's order, and in less than 24-hours, he procurred the September 7, 2005, eviction order, ex parte, from Judge Lex Anderson.

In July of 2009, their wrongdoing against debtor John Stone, by drafting, executing, and filing in the public record forged counterfeit and illegal orders, caused two-gunmen to shoot to kill Stone.

For 16-years and counting, Arizona State and Federal officials continue to commit crimes upon the Stones.

Therefore, as a last resort, the Stones have and will continue to inform President Biden, V.P. Harris, former Presidents Trump and Obama, U.S. Justice Department, the International Court, media, civil and human rights organizations, and millions of U.S. Citizens here and abroad about Arizona's Justice system.

6

The public has every right to protect themselves against those who are selling-out justice, while raping and pillaging "the non-privileged".

In the interest of justice and to prevent the furtherance of a miscarriage of justice, the Debtors motion this court, as per Fed. R. Civ. P. 60(b)(4)-(6, to use its mandatory statutory ministerial duty to vacate its own lift stay order; to vacate Judge Marlar's September 6, 2005 order lifting the automatic stay; and Judge Lex Anderson's September 7,2005 order of eviction; and debtors' motion for the court to prove its jurisdiction over the debtors. The defendants' motions to dismiss the debtors' adversary must be denied.

Respectively submitted this 19th Day of July 2021.

By: /s/ John Stone

John W. Stone

Copy of the foregoing mailed and or emailed this 19th day of July 2021 to:

Law Offices of Scott M. Clark
4222 E. Thomas Rd. Suite 230
Phoenix, AZ 85018
Attorney for
Landlord/disputed Creditor Jodi Nolan

Russell Brown
Chapter-13 Trustee
3838 N. Central Avenue #800

7

Phoenix, AZ 85012

By:

John Sto

PEORIA JUSTICE COURT
2005 SEP -7 AM 11:02

THIS ORDER IS APPROVED.

Dated: September 06, 2005

*James M. Marlar*
JAMES M. MARLAR
U.S. Bankruptcy Judge

Scott M. Clark, Esq. (Arizona Bar No. 6759)
Paul A. Henderson, Esq. (Arizona Bar No. 22891)
LAW OFFICES OF SCOTT M. CLARK
3008 North 44th Street
Phoenix, Arizona 85018-7206
Telephone (602) 957-7877
Facsimile (602) 957-7876
Attorney for Movant

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

In Re:

JOHN W. STONE,

    Debtor.

KENT C. HARDING,

    Movant,

vs.

JOHN W. STONE,

    Respondent.

No. 2:05-bk-13837-JMM

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

GRANTED

    Movant having filed his Emergency Motion for Relief from Automatic Stay, and this matter having come before this Court, and with good cause appearing, this Court finds the following to be true:

    I.   Debtor failed to file a response to Movant's motion, and Debtor failed to appear before this Court for this hearing;

    II.   This matter involves a debtor with multiple filings of Bankruptcy;

    III.   Debtor has neither assumed nor rejected the lease for the premises; and

    IV.   Based upon the petition, Debtor has no apparent source of income to pay the rent for the premises.

1    IT IS HEREBY ORDERED that the automatic stay with respect to Movant be
2    lifted so as to permit the Movant to exercise his remedies in State Court to obtain
3    possession of the subject premises located at 9210 West Frank Avenue, Peoria, Arizona
4    85382, including but not limited to the issuance and execution of a Writ of Restitution
5    to be issued by the appropriate state court.
6    IT IS FURTHER ORDERED that good cause exists not to delay the lifting of the
7    automatic stay for ten days pursuant to Rule 4001(a)(3), and therefore the automatic
8    stay shall be lifted immediately.
9    IT IS FURTHER ORDERED that all monetary liability of Debtor is to be
10   determined by and remain within the jurisdiction of the United States Bankruptcy Court.

12   DONE IN OPEN COURT this ____ day of _____ 2005.

                                    _____
                                    JUDGE OF THE US BANKRUPTCY COURT

*GRANTED* (watermark)

Law Offices of Scott M. Clark

Scott M. Clark (#6759)

3008 North 44th Street
Phoenix, AZ 85018

(602) 957-7877

Fax: (602) 957-7876
Attorney for Plaintiff

PLAINTIFF:
Kent C. Harding
33801 North 43rd Street
Cave Creek, AZ 85331
623-363-4014

Peoria Justice Court
11601 North 19th Avenue
Phoenix, AZ 85029
6025063640

CASE NO. cv05-03485fd

DEFENDANT: John W. Stone - 539562856
Shirley Stone -

and any and all occupants at
9210 West Frank Avenue,
Peoria, AZ 85382

PEORIA JUSTICE COURT
2005 SEP -7 AM 11: 02

# Writ of Restitution

THE STATE OF ARIZONA TO THE SHERIFF OR ANY CONSTABLE IN MARICOPA COUNT

On 8/4/2005, Plaintiff obtained Judgment against the Defendant(s) for restitution of the following premises:

9210 West Frank Avenue,
Peoria, AZ 85382

THEREFORE, YOU ARE COMMANDED to remove the Defendant(s) and any and all occupants from the premises listed above and to return possession of the premises to the Plaintiff.

MAKE SERVICE AND RETURN OF THIS WRIT.

Dated 9-7-05

Justice of the Peace:

## CERTIFICATE OF SERVICE

Date Received: 9/7/05  Date Served: 9/8/05  Time Served: 9:00 AM

Person Served: Posted - John Stone

Location Where Served: Listed

Precinct, Maricopa County.

I Certify that I personally served this document as stated above.

Constable/Process Server

RON MYERS
PEORIA CONSTABLE

2005 SEP -8 PM 12: 05
PEORIA JUSTICE COURT

STATEMENT OF COSTS

Service Fee: ____  Milage Fee ____  Other: ____  Total: ____

6    D2

EX-2



## Maricopa County Justice Courts, State of Arizona

MANISTEE JUSTICE COURT 14264 W. Tierra Buena Lane, Surprise, AZ 85374-7419   602-372-2000

| Kent C Harding | CASE NUMBER: cc2007176431 |
|---|---|
| | John W Stone and Shirley Stone<br>20626 N 29th Drive<br>Phoenix, Az 85027 |
| Plaintiff(s) Name / Address | Defendant(s) Name / Address |
| Scott Clark<br>3008 North 44th Street<br>Phoenix Az, 85018-7206 | |
| ATTORNEY for Plaintiff Name / Address | ATTORNEY for Defendant Name / Address |

### RULING ON MOTION

On this date 6/6/08 the ☐ Plaintiff ☒ Defendant filed a motion requesting the following relief:

Vacate judgment

The ☒ Plaintiff ☐ Defendant ☒ filed a response to the motion; ☐ No responsive pleading was filed;

The ☐ Plaintiff ☐ Defendant ☐ filed a reply to the response; ☐ No reply was filed;

The Court, has considered that which has been submitted by the parties;

IT IS ORDERED, ☒ Granting said motion. ☐ Denying said motion.

IT IS FURTHER ORDERED,

Date: 6/20/08

Justice of the Peace

I CERTIFY that I delivered / mailed a copy of this RULING ON MOTION to:
☒ Plaintiff at the above address or ☒ Plaintiff's attorney ☐ Defendant at the above address or ☐ Defendant's attorney
Date: 6-24-08   By: _____ Clerk

8150-125 R:3-06-2007

**EXHIBIT 3**

Michael K. Jeanes, Clerk of Court
\*\*\* Electronically Filed \*\*\*
12/12/2008 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

LC2008-000621-001 DT 12/10/2008
CC2007176431

HONORABLE PAUL J. MCMURDIE

CLERK OF THE COURT
S. LaMarsh
Deputy

JOHN W STONE  JOHN W STONE
SHIRLEY D STONE  18025 N 88TH DR
 PEORIA AZ 85382
 SHIRLEY D STONE
 18025 N 88TH DR
 PEORIA AZ 85382

v.

HON DAVID FLETCHER (001)  LISA C STELLY-WAHLIN
KENT C HARDING (001)

 FINANCIAL SERVICES-CCC
 MANISTEE JUSTICE COURT
 REMAND DESK-LCA-CCC

## HIGHER COURT RULING / REMAND

The Court has before it the Petitioner's Petition for Special Action and the corresponding appendix of the record thereto served on respondents with affidavit of said service filed with the Court representing the respondents were served, September 13, 2008.

The Court having reviewed the Petitioner's Application for Entry of Default filed, October 27, 2008, issued a minute entry order on November 26, 2008, granting the Petitioner's application after no response having been filed.

Accordingly, by operation of the law,

Case 2:21-bk-01383-DPC    Doc 93    Filed 07/19/21    Entered 07/20/21 12:03:11    Desc
Main Document    Page 15 of 16

EX. 4

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

LC2008-000621-001 DT 12/10/2008

**IT IS ORDERED** a default judgment in favor of Petitioners and against the Respondents.

**IT IS FURTHER ORDERED** granting the Petitioner's special action that the respondent *Pro Tem* Judge David Fletcher's orders rendered August 13, 2008, are vacated as void for lack of jurisdiction and authority of law.

**IT IS FURTHER ORDERED** remanding this case to the Manistee Justice Court to remove *Pro Tem* Justice of the Peace, David Fletcher's August 13, 2008 orders from the docket, all in accordance with the formal written order signed by the Court on December 8, 2008 and filed by the Clerk on December 10, 2008.

EX. 4