John W. Stone
Shirley D. Stone
8618 W. Fairmount Avenue
Phoenix, AZ 85037
480-651-2423
Debtors/Pro Per

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | CHAPTER 13 PROCEEDING |
|---|---|
| JOHN W. STONE | CASE NO. 2:21-01383 DPC |
| Debtor | DEBTORS' MOTION TO THIS COURT TO OBEY THE LAW AND STOP HOLDING PROCEEDING'S IN WHICH YOU HAVE NO DECISION MAKING AUTHORITY. IN THE INTEREST OF JUSTICE. |
| vs REOMJB, LLC, | |
| Respondent | |

The Stones' civil rights give them the right to expect equal justice and fair treatment under the law and not be subjected to criminal acts in civil proceedings obstructing justice. This court by its own orders makes it clear that the respondents are guilty of felonies.

Based on the evidence before this court, this Court as a duty to vacate all orders including the September 6, 2005, Lift Stay Order executed by Judge Marlar.

This Court cannot usurp the laws. This court has no jurisdiction and needs to stop holding illegal hearings and making decisions of all and any kind between the parties in this case.

1

Respondents have absolutely NO standing until they are punished as per Arizona and Federal laws, for orchestrating their scheme to defraud.

Judge Collins, your failure to abide by the law, as a matter of law, by "HARBORING" and giving aid to the felon respondents is against the law.

This Court's orders are subsequent to, as all other orders executed after Justice Court Judge Anderson's vacated order of August 11, 2005.

This again includes Bankruptcy Judge Marlar's Lift Stay order of September 6, 2005, that was subsequently executed and used to defraud and violate due process rights, along with the writ executed on September 7, 2005, are void and should be vacated by law.

This court is also grossly violating the Stones' due process, procedural and substantive rights, to over-look and cover-up the respondents' crimes.

As per the U.S. and Arizona Constitutions, the Stones are under contract as citizens of the U.S. as well as the state of Arizona. When the U.S. and Arizona's Governments grossly breached and violated the contract, they loss all jurisdiction against the Stones.

When the court's actions work to prevent the respondents' and their attorneys' arrest and prosecution, the court itself is

committing fraud on the court. This Court has known that it had no jurisdiction since September 6, 2005. All federal and state court's cannot hold illegal hearings when its own acts are illegal and reprehensible.

Clearly, this court has subjected the Stones to respondents' egregious conduct.

The respondents' felonious assault against Stones and the U.S. Government, is well-documented with unimpeachable evidence.

This is a cease-and-desist notice to all other federal courts, law enforcement agencies; Arizona State courts and law enforcement; Attorneys Scott M. Clark, Paul J. Henderson, and Christopher Walker, to stop with all-criminal acts, in proceedings or outside.

All persons named herein, other than the Stones, consider yourself under arrest. Crimes plotted and carried-out by Arizona State, Federal official and the privileged like attorneys, are under arrest, pursuant to citizen's arrest statute A.R.S. Sub. 13-13-3884, and you are commanded as per law, to turn yourself in to the closest law enforcement agency. Crimes committed against the Stones were also committed against the United States government.

A lawyer who loses his "ticket to ride" gets the most severe professional penalty possible in that the state authority revokes a lawyer's license so that person can no longer practice

3

law in his jurisdiction. However, only extremely grave offenses result in this ultimate sanction. Cornell Law School explains this includes reprehensible behavior that indicates that the attorney lacked honesty, trustworthiness or moral fitness to practice law.

Ostensibly, the term comes from the notion **of justice proceeding "by leaps"**, like a kangaroo – in other words, "jumping over" (intentionally ignoring) evidence that would be in favor of the defendant.

Wherefore, the Stones only expects this court to vacate the orders mentioned herein. If those orders are not vacated, this court is guilty of obstructing justice and fraud on the court.

Respectively submitted this 2nd Day of August 2021.

By: _____
John Stone

Copy of the foregoing mailed this 2nd day of August 2021 to:

Law Offices of Scott M. Clark
4222 E. Thomas Rd. Suite 230
Phoenix, AZ 85018
Attorney for Landlord/disputed Creditor Jodi Nolan

Russell Brown
Chapter-13 Trustee
3838 N. Central Avenue #800
Phoenix, AZ 85012