SO ORDERED.

Dated: August 4, 2021

*Daniel P. Collins* (signature)

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **John Winston Stone, Shirley Stone,** Debtor(s), | **Chapter 13 PROCEEDINGS** |
| **REOMJB, LLC** Movant, | Case No. **2:21-bk-01383-DPC** |
| v. | **ORDER DENYING EMERGENCY RELIEF** |
| **John Winston Stone, Shirley Stone,** Respondent(s). | |

This Court, having conducted an oral argument on August 3, 2021 concerning Debtors' Emergency Motion for Vacate Order Granting Relief from Automatic Stay and Debtors having failed to appear to prosecute their motion, finds there is insufficient cause to warrant the relief requested.

IT IS HEREBY ORDERED that Debtors' emergency motion is DENIED that the automatic stay shall remain terminated as of July 17, 2021.

DATED AND SIGNED ABOVE.

In re Stone
Order Granting Motion for Relief from Automatic Stay

Page 1 of 1

Case 2:21-bk-01383-DPC    Doc 110    Filed 08/04/21    Entered 08/05/21 07:28:33    Desc
Main Document    Page 1 of 1